UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV16-07968-RGK (MRWx) | Date | March 28, 2017 |
|---|---|---|---|
| Title | *CARPENTERS SOUTHWEST ADMINISTRATIVE CORP, et al v. CLINTON JEFFREY BROCK, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS) Order to Show Cause re Dismissal

On March 23, 2017, the Court issued an OSC re Dismissal. The Court ordered Plaintiff to show cause in writing why the current case should not be dismissed as duplicative to related case 2:15-cv-7188-RGK-MRW against The H.C. Brock Company dba The Brock Company ("Brock I"). On March 24, 2017, Plaintiff timely responded.

Plaintiff has included in its response a notice of Full Satisfaction of Judgment. In this notice, Plaintiff states that the original December 28, 2015, Judgment has been *fully satisfied* by The H.C. Brock Company. The Judgment compelled submission to an audit, the business records of The Brock Company for the period September 24, 2013 through September 30, 2014. The current action against Clinton Jeffrey Brock dba The Brock Company also seeks submission to an audit, the business records of The Brock Company for the exact same time period specified in Brock I and the December 28, 2015, Judgment.

The facts now contained in the record indicate that the relief Plaintiff seeks by way of the current action has already been satisfied. Therefore, the Court orders a second Order to Show Cause re Dismissal. In its response, Plaintiff shall explain what additional records Defendant possesses from the relevant time period that warrants the filing and litigation of the current action. Plaintiff shall respond in writing no later than March 30, 2017. The response shall be limited to five pages in length. Failure to timely and adequately respond will result in dismissal of this action.

**IT IS SO ORDERED**.

_____ : _____
Initials of Preparer